UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK SCHWANER<br>1 Great Oak Circle<br>Apt. B44<br>Newport News, VA 23606<br><br>        Plaintiff<br>    v.<br><br>U.S. COAST GUARD HEADQUARTERS,<br><br>        Defendant. | )<br>)<br>)<br>)  Civil Action No.: 07-2351 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Harry B. Roback as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Jack A. Schwaner**, by mail postage pre-paid and addressed as follows:

**JACK A. SCHWANER**
1 Great Oak Circle
Apartment B-44
Newport News, VA 23606

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309