UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK A. SCHWANER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES COAST GUARD, et al. )<br>)<br>Defendants. )<br>) | Civ. A. No. 07-2351 (EGS) |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT
UNITED STATES COAST GUARD TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), the United States Coast Guard ("Coast Guard") hereby moves for a 14-day extension of time to respond to the pro se Plaintiff's complaint in this action. Plaintiff consents to this extension. As the Coast Guard demonstrates below, good cause exists for this modest extension.

1. In the complaint, Plaintiff alleges that the Coast Guard and Captain K.E. Lunday violated his Equal Protection and Due Process rights under the United States Constitution.[1] Although the complaint is not entirely clear, it appears that Plaintiff, an insurance salesman, believes Defendants unlawfully prohibited him from soliciting customers at one of its training facilities. Most, if not all, of the allegations in the complaint relate to events that occurred in 1999 and 2000. Plaintiff attached more than twenty exhibits to his complaint.

2. The Coast Guard's response to the complaint is currently due on March 31, 2008.

3. The Coast Guard and its counsel have been working diligently to assess the

---

[1] K.E. Lunday has not yet been served with the complaint. Therefore, he does not currently have a due date for answering the complaint.

allegations made in Plaintiff's complaint and respond to those allegations. This work includes identifying relevant information from more than seven years ago.

    4. Plaintiff will not be prejudiced by this modest extension.

    5. This is Defendant's second request for an extension.

    A proposed order is attached.

                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR , D.C. Bar # 498610
                                    United States Attorney

                                  RUDOLPH CONTRERAS, D.C. Bar # 434122
                                  Assistant United States Attorney

                                  /s/
                                  HARRY B. ROBACK, D.C. Bar # 485145
                                  Assistant United States Attorney
                                  United States Attorneys Office
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530
March 31, 2008                        Tel: 202-616-5309
                                  harry.roback@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008 I served plaintiff with Consent Motion to Extend Time to Respond to Plaintiff's Complaint by mailing it to the following address:

Jack A. Schwaner
1 Great Oak Cir., Apt. B-44
Newport News, VA 23606

/s/ Harry B. Roback
Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK A. SCHWANER, | ) |
| Plaintiff, | ) |
| v. | ) Civ. A. No. 07-2351 (EGS) |
| UNITED STATES COAST GUARD, et al. | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Extend Time For Defendant United States Coast Guard to Respond to the Complaint, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the United States Coast Guard shall respond to the Complaint by April 14, 2008.

SO ORDERED.

Date: _____                    _____
                                              United States District Judge