UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK A. SCHWANER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES COAST GUARD, et al. )<br>)<br>Defendants. )<br>) | Civ. A. No. 07-2351 (EGS) |

**MOTION TO EXTEND TIME FOR DEFENDANT
UNITED STATES COAST GUARD TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), the United States Coast Guard ("Coast Guard") hereby moves for a 7-day extension of time to respond to the pro se Plaintiff's complaint in this action. As the Coast Guard demonstrates below, good cause exists for this modest extension.

1. In the complaint, Plaintiff alleges that the Coast Guard and Captain K.E. Lunday violated his Equal Protection and Due Process rights under the United States Constitution.[1] Although the complaint is not entirely clear, it appears that Plaintiff, an insurance salesman, believes Defendants unlawfully prohibited him from soliciting customers at one of its training facilities. Most, if not all, of the allegations in the complaint relate to events that occurred in 1999 and 2000. Plaintiff attached more than twenty exhibits to his complaint.

2. The Coast Guard's response to the complaint is currently due on April 14, 2008.

---

[1] K.E. Lunday has not yet been served with the complaint. Therefore, he does not currently have a due date for answering the complaint. This motion is not intended, and should not be construed, as a waiver of any defenses that may be available to Captain Lunday, including without limitation, insufficiency of service and immunity from suit.

3.  The Coast Guard and its counsel have been working diligently to assess the allegations made in Plaintiff's complaint and respond to those allegations. This work includes identifying relevant information from more than seven years ago. Defendants plan to file a motion to dismiss on behalf of the Coast Guard and Captain Lunday. Counsel needs additional time to confirm certain facts with Captain Lunday.

4.  Plaintiff will not be prejudiced by this modest extension.

5.  This is Defendant's third request for an extension. Plaintiff has consented to Defendant's previous requests for an extension of time. In consenting to these requests, Mr. Schwaner has indicated that he does not object to such extensions. Counsel for the Coast Guard called Mr. Schwaner to seek his consent to this extension, but counsel was unable to reach him.

A proposed order is attached.

Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

         /s/
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530

April 14, 2008                             Tel: 202-616-5309
                                           harry.roback@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008 I served plaintiff with Consent Motion to Extend Time to Respond to Plaintiff's Complaint by mailing it to the following address:

Jack A. Schwaner
1 Great Oak Cir., Apt. B-44
Newport News, VA 23606

/s/ Harry B. Roback
Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK A. SCHWANER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES COAST GUARD, et al.<br><br>  Defendants. | )<br>)<br>)<br>)<br>) Civ. A. No. 07-2351 (EGS)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Extend Time For Defendant United States Coast Guard to Respond to the Complaint, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the United States Coast Guard shall respond to the Complaint by April 21, 2008.

SO ORDERED.

Date: _____               _____
                                      United States District Judge