*[Handwritten note at top right: "Leave to file is granted. /s/ EGS 5/21/08"]*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jack A. Schwaner            )
                            )
    Plaintiff               )
                            )
    Vs                      )        CIV.A.No. 07-2351 (EGS)
                            )
United States Coast Guard, et al.  )
                            )
    Defendants              )

CONSENT MOTION TO EXTEND EXTRA TIME FOR PLAINTIFF JACK A SCHWANER TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF COMPLAINTIFF. FOR A ADDITIONAL 20 DAY EXTENTION, THE DEFENDANT WAS NOTIFIED AND WAS APPROVED

RESPECTFULLY,

*[signature]*
Jack A. Schwaner