UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE N.W.
WASHINGTON D.C. 20036

RECEIVED
JUN 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jack A. Schwaner
1 Great Oak Cir: Apt B-34
Newport News, Va. 23606

    Plaintiff

    Vs

                                      Civil Action No.07-2351 (EGS)

United States Coast Guard,etal.

    Defendant

                The Plaintiff is a resident of Newport News,Va.

Defendant's motion to dismiss should be rejected ,it fails or ignores to fully respond to the key issues in the Plaintiff's Civil Action Case No.072351 (EGS) and memorandum in Support of Plaintiff complaint.

    In the repetition of the same six reasons recently raised by Defendant's Reply in support of Defendant's motion to dismiss, it was minuscule and non-responsive to crucial issues compared to the Plaintiff"s complaint that was addressed in length in Civil .Action case No.07-2351 and Memorandum in support of Plaintiff's complaint.

(First)-Sovereign immunity bars Plaintiff "Jack a Schwaner" should not be considered and be excluded because of the Plaintiff's pain,suffering,humiliation and emotional distress including monetary damage resulting by actions created by the USCGRTC.

(Second)-The Defendant states the restrictions took place in 1999 but filed suit until 2007. These Coast Guard restrictions / regulations are still presently active in USCGRTC strengthening the Plaintiff's complaint in Civil Action No.07-2351(EGS) Thus using the time factor by the Defendant as one of the reason in their motion to dismiss should be considered unacceptable.

(Third)-In Civil Action No.07-2351 in "reply in support of Defendant's motion to dismiss" Plaintiff

Page2

does address Constitutional claim , USCRTC violated Plaintiff Civil Rights by not affording the Plaintiff a show-Cause hearing as required in USCG Commandant Instruction 1740.2G Para:6.b and DODI 1344-07 .Para: 6.5.3 and Para; 6.5.5 ,the Defendant again failed to address this "crucial" issue.

(Fourth)-To serve 0-4 K.E. Lunday a copy of the this complaint is of no consequences,0-4 Lunday Lunday's actions against the Plaintiff in USCGRTC are well documented in C.A. No 2351(EGS) Complaint.

(Fifth)-0-4 K.E. Lunday is considered essential to the Plaintiff because of " Third Paragraph.".

(sixth)-The Venue considering Civil Action No.07-2351 (EGS) is in its proper District "Note Plaintiff Civil Action No.07-2350 (EGS)".

## CONCLUSION

1. The Plaintiff did show in the original copy of Civil Action No.07-2351 (EDS) all necessary documents pertaining to all arbitrary actions conducted mostly by 0-4 K.E. Lunday and USCGRTC who violated the Plaintiff"s civil rights in USCGRTC and also abetted by Coast Guard Headquarters D.C..

2 The Plaintiff believes as stated by the Defendant (USCGRTC) acted unfairly ,a more appropriate word is ambiguous etc.

3 Sovereign immunity is used by the Defendant in Motion to Dismiss,this motion, this should not be granted. USCGRTC used non-existing violations to revoked Plaintiff USCGRTC work permit that was first obtained in 1982 with never no infractions or violations.

4 The Defendant asserts the Plaintiff's stated Foia Requests were not fully answered, this is incorrect,the Plaintiff was referring to copies of Foia Appeal requests sent to USCG Headquarters submitted prior to Civil Case Action No. 07-2351 (EGS). "no responses".

1. 5 The Plaintiff fully explained all arguments enclosed in the original copy of Civil Action Case No.07-2351 (EGS) and Memorandum in support of Plaintiff Complaint and sent to Defendant.

6.The Coast Guard and 0-4 K.E. Lunday states they do not understand the" majority "of Plaintiff opposition," check Para: 5 ". 0-4 K.E. Lunday back in the picture?

7. The Plaintiff agrees with the Defendant, if this Court request further briefing on any of theses issues ,the Plaintiff will abide as directed by the Court.

8. The Plaintiff respectfully request this Court to grant an award appropriate to damages established by th Plaintiff.

Page 3

                                        Respectfuly 1 Submitted ,

                                    Jack A. Schwaner Pro-se
                                    1 Great Oak Cir: Apt B-34
                                    Newport News , Va. 23606

## CERTIFICATE OF SERVICE

I Certify that on 19 June, 2008 I mail first class postage to the Defendant address listed below

Harry B Roback
Assistant United States Attorney
555 4th Street N.W.
Washington D.C. 20530

United States District Court
for The District of Columbia
333 Constitution Ave N.W.
Washington D.C. 20036

                        Jack A Schwaner Pro-se
                        1 Great Oak Cir: Apt B-34
                        Newport News, VA 23606