UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACK A. SCHWANER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2351 (EGS) |
| | ) | |
| UNITED STATES COAST GUARD, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**REPLY IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

The United States Coast Guard and Captain Kevin Lunday demonstrated in their Motion to Dismiss (Dkt. 12) that there are six reasons why the Court should dismiss the *pro se* plaintiff's Complaint in this case. First, sovereign immunity bars Jack Schwaner's claims for damages against the Coast Guard. Second, Schwaner's claims are untimely because the restrictions took effect in 1999, but he did not file suit until 2007. Third, Schwaner has failed to state a viable constitutional claim. Fourth, Schwaner has not served Captain Lunday with a copy of the Complaint. Fifth, Captain Lunday is entitled to qualified immunity. And finally, venue is improper in this District.

In his opposition, Schwaner fails to respond to these arguments.[1] The Court should treat these arguments as conceded and dismiss the Complaint in this case. *Tnaib v. Document Tech., Inc.*, 450 F. Supp.2d 87, 91 (D.D.C. 2006) ("When a plaintiff files a response to a motion to

---

[1] Schwaner does assert that the Coast Guard's sovereign immunity should be waived because it acted arbitrarily, but he fails to provide any support for that argument. (Pl.'s Opp. at 1.) The cases cited in the Coast Guard's motion to dismiss show that the government's sovereign immunity must be affirmatively waived, and cannot be waived simply because a plaintiff believes that the government is acting unfairly. (Dkt. 12 at 3-4.)

dismiss but fails to address certain arguments made by the defendant, the court may treat those arguments as conceded.")

The Coast Guard and Captain Lunday do not understand the majority of plaintiff's opposition. If the Court would like further briefing on any issue, the defendants will supplement their Motion to Dismiss upon request by the Court.

Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback_____
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202-616-5309
harry.roback@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2008 I served plaintiff with Defendant's Reply in Support

of Its Motion to Dismiss by mailing it to the following address:

    Jack A. Schwaner
    1 Great Oak Cir., Apt. B-44
    Newport News, VA 23606

                         /s/ Harry B. Roback
                         Harry B. Roback
                         Assistant United States Attorney