UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACK A. SCHWANER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2351 (EGS) |
| | ) | |
| UNITED STATES COAST GUARD, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**RESPONSE TO PLAINTIFF'S MOTION FOR DAMAGES**

The Coast Guard and Captain Lunday do not understand Plaintiff's Motion for Damages.

(Dkt. 18.)  However, Plaintiff's motion appears to raise the same issues previously addressed in

Defendants' Motion to Dismiss.  If the Court indicates that it would like further briefing on any

of these issues, Defendants will submit a supplemental memorandum.

Respectfully submitted,

_____

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


_____

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback
_____
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202-616-5309
harry.roback@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, I served plaintiff with Defendant's Response to

Plaintiff's Motion for Damages by mailing it to the following address:

Jack A. Schwaner
1 Great Oak Cir., Apt. B-44
Newport News, VA 23606

/s/ Harry B. Roback
Harry B. Roback
Assistant United States Attorney

2